IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KATHY L. GILBERT,

    Plaintiff,

vs.                                                   CASE NO.: 5:09-cv-371-SPM/EMT

MICHAEL J. ASTRUE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 8), which recommends that Plaintiff's Motion to Dismiss Complaint (doc. 7) be granted. The Parties have been furnished a copy and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

    1.     The Magistrate Judge's Report and Recommendation (doc. 8) is *adopted* and incorporated by reference in this order.

    2.     The case is *dismissed without prejudice*.

DONE AND ORDERED this twelfth day of February, 2010.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          Chief United States District Judge